# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3201

_____

Capital Promotions, LLC,        *
       *
           Appellant,        *    Appeal from the United States
       *    District Court for the
    v.               *    Southern District of Iowa.
       *
Don King Productions, Inc.; Don King,    *    [UNPUBLISHED]
       *
           Appellees.        *

_____

Submitted: February 2, 2009
Filed: February 4, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Capital Promotions, LLC appeals the district court's[1] order denying its motion under Federal Rule of Civil Procedure 60(b). We agree with the reasons stated in the district court's order and conclude that the district court did not abuse its discretion. *See Noah v. Bond Cold Storage*, 408 F.3d 1043, 1045 (8th Cir. 2005) (per curiam) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.